UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:       16-34174 SLM

ANTHONY & ELLEN SAINATO                         Chapter:        7

                                                Judge:          Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:   U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on April 11, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:   212 Rosewood Terrace, Linden, NJ
> Valued at about $250,000
> Less about 10% costs of sale

> Liens on property:  $205,225

> Amount of equity claimed as exempt:   $19,775

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Steven P. Kartzman

Address:       101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                     Case No. 16-34174-SLM
Anthony Sainato                                            Chapter 7
Ellen M. Sainato
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin               Page 1 of 2              Date Rcvd: Mar 15, 2017
                              Form ID: pdf905           Total Noticed: 25
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
db/jdb          Anthony Sainato,    Ellen M. Sainato,    212 Rosewood Ter,    Linden, NJ  07036-4926
cr             +U.S. Bank National Association,    c/o Zwicker & Associates, P.C.,    1105 Laurel Oak Rd.,
                 Suite 136,    v, NJ 08043-4312
516559452      +Allied Interstate,    3000 Corporate Exchange Dr,    Columbus, OH 43231-7689
516559453      +Atlantic Health System,    Po Box 35611,    Newark, NJ 07193-5611
516559454    ++++CAC FINANCIAL,    2601 NW EXPRESSWAY STE 1000E,    OKLAHOMA CITY OK 73112-7236
                (address filed with court: Cac Financial,     2601 Nw Expressway, Suite 1000 East,
                 Oklahoma City, OK  73112)
516559455      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
516559457      +Citi,   PO Box 6500,    Sioux Falls, SD 57117-6500
516559458       Client Services,    PO Box 1503,    Saint Peters, MO 63376-0027
516559459      +Comenity Capital,    Po Box 182120,    Columbus, OH 43218-2120
516559463       Erica Leigh Fields,    395 W Passaic St Ste 205,    Rochelle Park, NJ 07662-3016
516559465       Frunzi & Scarborough,    1151 Broad St Ste 111,    Shrewsbury, NJ 07702-4312
516559466       Greensky,   PO Box 29429,    Atlanta, GA 30359-0429
516559467       Michael Risin, MD,    PO Box 398,    Holmdel, NJ 07733-0398
516559468      +Rmb,Inc,   409 Bearden Park Circle,    Payment Processing,    Knoxville, TN 37919-7448
516559469      +Stark & Stark,    993 Lenox Dr,    Lawrenceville, NJ 08648-2389
516559471      +Target,   Po Box 673,    Minneapolis, MN 55440-0673
516559472       US Bank,   PO Box 130,    Hillsboro, OH 45133-0130
516559474      +Wffna,   Po Box 94498,    Las Vegas, NV 89193-4498
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2017 22:51:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2017 22:51:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516559456       E-mail/Text: kzoepfel@credit-control.com Mar 15 2017 22:51:11      Central Loan Admin,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
516559460       E-mail/Text: csivels@creditcorpsolutionsinc.com Mar 15 2017 22:51:47      Credit Corp Solutions,
                 180 W Election Rd Ste 200,    Draper, UT 84020-6406
516559461       E-mail/Text: mrdiscen@discover.com Mar 15 2017 22:50:28      Discover,    Po Box 15316,
                 Wilmington, DE 19850
516559464      +E-mail/Text: fggbanko@fgny.com Mar 15 2017 22:50:35      Forster & Garbus,    7 Banta Place,
                 Hackensack, NJ 07601-5604
516559470      +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2017 22:47:36      Syncb,    Po Box 965036,
                 Orlando, FL 32896-5036
                                                                                               TOTAL: 7
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516559473*     +US Bank,   Po Box 130,    Hillsboro, OH 45133-0130
516559462     ##+Encore,   400 N Rogers Road, Po Box 3330,    Olathe, KS 66063-3330
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                 Page 2 of 2              Date Rcvd: Mar 15, 2017
                              Form ID: pdf905             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
              Benjamin Jamie Ginter     on behalf of Joint Debtor Ellen M. Sainato gintr316@aol.com
              Benjamin Jamie Ginter     on behalf of Creditor    U.S. Bank National Association gintr316@aol.com
              Benjamin Jamie Ginter     on behalf of Debtor Anthony  Sainato gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Peter N. Fish     on behalf of Creditor    U.S. Bank National Association pfish@zwickerpc.com
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```